Neil N. Olsen, OSB No. 053378
nolsen@zrlawgroup.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@zrlawgroup.com
ZUPANCIC RATHBONE LAW GROUP, P.C.
4949 Meadows Road, Suite 600
Lake Oswego, OR 97035
Telephone: 503-968-8200
Facsimile: 503-968-8017

Of Attorneys for Plaintiff
Copious Creative, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COPIOUS CREATIVE, INC.**, an Oregon corporation,<br><br>    **Plaintiff**,<br><br>    vs.<br><br>**PATRICK EZELL**, an individual,<br><br>    **Defendant**. | Case No.:<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, plaintiff makes the following disclosures:

1. Copious Creative, Inc., is an Oregon corporation.

2. Copious Creative, Inc. has no parent corporation and there is no publicly-held corporation owning 10% or more of its stock.

/ / /

Page 1 – CORPORATE DISCLOSURE STATEMENT

**Zupancic Rathbone Law Group, P.C.**
4949 Meadows Road, Ste. 600
Lake Oswego, OR 97035
Tel: 503-968-8200 Fax: 503-968-8017

DATED this 8th day of March, 2016.

    ZUPANCIC RATHBONE LAW GROUP, P.C.

    */s/ Neil N. Olsen*
Neil N. Olsen, OSB No. 053378
nolsen@zrlawgroup.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@zrlawgroup.com
Telephone:  503-968-8200
Facsimile:  503-968-8017

Of Attorneys for Plaintiff Copious Creative, Inc.

Page 2 – CORPORATE DISCLOSURE STATEMENT

**Zupancic Rathbone Law Group, P.C.**
4949 Meadows Road, Ste. 600
Lake Oswego, OR  97035
Tel: 503-968-8200 Fax: 503-968-8017