Neil N. Olsen, OSB No. 053378
nolsen@zrlawgroup.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@zrlawgroup.com
ZUPANCIC RATHBONE LAW GROUP, P.C.
4949 Meadows Road, Suite 600
Lake Oswego, OR  97035
Telephone: 503-968-8200
Facsimile: 503-968-8017

Of Attorneys for Plaintiff
Copious Creative, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COPIOUS CREATIVE, INC.**, an Oregon corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>**PATRICK EZELL**, an individual,<br><br>       Defendant. | Case No. 3:16-cv-00427-BR<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Civil Rule 41-1, Plaintiff Copious Creative, Inc., and Defendant Patrick Ezell, collectively referred to herein as the "Parties", hereby respectfully notify the Court that the Parties have finalized their settlement of this matter and stipulate to the dismissal of this civil action with prejudice, with each of the

*Zupancic Rathbone Law Group, P.C.*
4949 Meadows Road, Ste. 600
Lake Oswego, OR  97035
Tel: 503-968-8200 Fax: 503-968-8017

Parties to bear its/his own attorney fees and costs except as otherwise agreed among the Parties pursuant to the terms of their Settlement Agreement and Release.  The Parties respectfully request the Court to enter an order dismissing this civil action with prejudice, with each of the Parties to bear its/his own attorney fees and costs except as otherwise agreed among the Parties pursuant to the terms of their Settlement Agreement and Release.

DATED this 29th day of April, 2016.

ZUPANCIC RATHBONE LAW GROUP, P.C.    IMMIX LAW GROUP PC

By: */s/ Neil N. Olsen*
     */s/ Joseph W. Carlisle*
     Neil N. Olsen, OSB No. 053378
     Joseph W. Carlisle, OSB No. 152602
     4949 Meadows Road, Suite 600
     Lake Oswego, OR  97035
     Tel:  (503) 968-8200
     nolsen@zrlawgroup.com
     jcarlisle@zrlawgroup.com
     Attorneys for Plaintiff

By: */s/ Dayna J. Christian*
     */s/ Jeffery Demland*
     Dayna J. Christian, OSB No. 97336
     Jeffery Demland, OSB No. 140767
     Immix Law Group PC
     121 SW Salmon St., Suite 1000
     Portland, Oregon 97204
     Tel: (503) 802.5533
     Fax: (503) 802.5351
     dayna.christian@immixlaw.com
     jeff.demland@immixlaw.com
     Attorneys for Defendant

Presented by:
ZUPANCIC RATHBONE LAW GROUP, PC
Neil N. Olsen, OSB No. 053378
nolsen@zrlawgroup.com
Joseph W. Carlisle, OSB No. 152602
jcarlisle@zrlawgroup.com
Telephone:  503-968-8200
Facsimile:  503-968-8017

Of Attorneys for Plaintiff Copious Creative, Inc.

Page 2 – JOINT STIPULATION OF DISMISSAL WITH
             PREJUDICE

*Zupancic Rathbone Law Group, P.C.*
4949 Meadows Road, Ste. 600
Lake Oswego, OR  97035
Tel: 503-968-8200 Fax: 503-968-8017

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE,** certified by me as such, on the parties below on the date and in the manner indicated:

**VIA FIRST CLASS MAIL**

Dayna J. Christian, OSB No. 97336
Jeffery Demland, OSB No. 140767
Immix Law Group PC
121 SW Salmon St., Suite 1000
Portland, Oregon 97204
Tel: (503) 802.5533
Fax: (503) 802.5351
E: dayna.christian@immixlaw.com
E: jeff.demland@immixlaw.com

Of Attorneys for Defendant Patrick Ezell

On April 29, 2016.

ZUPANCIC RATHBONE LAW GROUP, PC

By:   */s/ Neil N. Olsen*
      */s/ Joseph W. Carlisle*
      Neil N. Olsen, OSB No. 053378
      nolsen@zrlawgroup.com
      Joseph W. Carlisle, OSB No. 152602
      jcarlisle@zrlawgroup.com
      Telephone:  503-968-8200
      Facsimile:  503-968-8017

      Of Attorneys for Plaintiff Copious Creative, Inc.

Page 1 – CERTIFICATE OF SERVICE