UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COPIOUS CREATIVE, INC.**, an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**PATRICK EZELL**, an individual,<br><br>　　　　　Defendant. | Case No. 3:16-cv-00427-BR<br><br>JUDGMENT OF DISMISSAL |

Based on the Joint Stipulation of Dismissal with Prejudice, ECF No. 18, filed by Plaintiff Copious Creative, Inc., and Defendant Patrick Ezell, collectively referred to herein as the "Parties", this civil action is dismissed with prejudice, with each of the Parties to bear its/his own attorney fees and costs except as otherwise agreed among the Parties pursuant to the terms of their Settlement Agreement and Release.

DATED this 2nd day of May, 2016.

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Anna J. Brown
　　　　　　　　　　　　　　　　　　United States District Judge

Page 1 – JUDGMENT